Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 18−25082−MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Paul Cordo
   441 Lake Barnegat Drive
   Forked River, NJ 08731

Social Security No.:
   xxx−xx−7182

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          10/9/18
Time:         10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 31, 2018
JAN: vpm

                                  Jeanne Naughton
                                  Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-25082-MBK
Michael Paul Cordo                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1           Date Rcvd: Jul 31, 2018
                              Form ID: 132              Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2018.
db            +Michael Paul Cordo,    441 Lake Barnegat Drive,    Forked River, NJ 08731-2409
517669903     +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                Saint Louis, MO 63179-0040
517669904     +Forked River Family Dental,    933 Lacey Road,    Forked River, NJ 08731-1049
517669906     +KML Law Group,    216 Haddon Ave Ste 406,   Collingswood, NJ 08108-2812
517669907     +KML Law Group, PC,    701 Market St., Suite 5000,    Philadelphia, PA 19106-1541
517669908     +Mullooly Jeffrey Rooney and Flynn,    6851 Jericho Tpke #220,    PO Box 9036,
                Syosset, NY 11791-9036
517669909     +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
                Cleveland, OH 44101-4982
517669910     +PNC Mortgage,    PO Box 8703,   Dayton, OH 45401-8703
517669912      State of NJ Dv of Taxation,    Bankruptcy Unit,    50 Barrack Street,    PO Box 245,
                Trenton, NJ 08695-0245
517669914     +University Radiology,    833 Lacey Road,   Forked River, NJ 08731-1200
517669915     #+Viewtech Financial Ser,    4761 E Hunter Ave,   Anaheim, CA 92807-1940

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 01 2018 00:27:00      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 01 2018 00:26:58       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517669905      E-mail/Text: cio.bncmail@irs.gov Aug 01 2018 00:26:25      Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
517669911     +E-mail/Text: bankruptcy@savit.com Aug 01 2018 00:27:52      Savit Coll,    Po Box 250,
                East Brunswick, NJ 08816-0250
517669913     +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2018 00:30:15      Synchrony Bank/Care Credit,
                Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517669902    ##+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
                                                                                TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Michael Paul Cordo bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 3