Form 226 – 3004claimntc.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–25082–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Michael Paul Cordo
 441 Lake Barnegat Drive
 Forked River, NJ 08731

Social Security No.:
 xxx–xx–7182

Employer's Tax I.D. No.:

## Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

 Please be advised that Michael Cordo the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 10/11/2018.

PNC Bank
PO Box 94982
Mailstop Br–yb58–01–5, Cleveland, OH 44101

Dated: October 18, 2018
JAN: vpm

Jeanne Naughton
Clerk