Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ  08650

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018  
**Chapter 13 Case No. 18-25082 / MBK**

Michael Paul Cordo

Petition Filed Date: 07/30/2018  
341 Hearing Date: 09/13/2018  
Confirmation Date: 10/09/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/31/2018 | $233.00 | 51935270 | 09/28/2018 | $233.00 | 52655960 | 10/29/2018 | $233.00 | 53400430 |
| 11/30/2018 | $387.00 | 54264640 | | | | | | |

**Total Receipts for the Period: $1,086.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $1,473.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michael Paul Cordo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq. | Attorney Fees | $1,910.00 | $1,012.32 | $897.68 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2016 | Priority Crediors | $813.00 | $0.00 | $813.00 |
| 2 | FORKED RIVER FAMILY DENTAL CARE, LLC. | Unsecured Creditors | $108.00 | $0.00 | $108.00 |
| 3 | BANK OF AMERICA | Unsecured Creditors | $24,996.42 | $0.00 | $24,996.42 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $11,773.52 | $0.00 | $11,773.52 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  SOUTHERN OCEAN | Unsecured Creditors | $480.92 | $0.00 | $480.92 |
| 6 | FANNIE MAE<br>»»  P/441 LAKE BARNEGAT DR/1ST MTG | Mortgage Arrears | $10,039.65 | $0.00 | $10,039.65 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY | Unsecured Creditors | $4,348.46 | $0.00 | $4,348.46 |
| 8 | CITIBANK N.A. | Unsecured Creditors | $12,028.14 | $0.00 | $12,028.14 |
| 9 | PNC BANK<br>»»  P/441 LAKE BARNEGAT DR/2ND MTG | Mortgage Arrears | $1,967.07 | $0.00 | $1,967.07 |
| 10 | NJ DIVISION OF TAXATION<br>»»  2016 - EST | Priority Crediors<br>Hold Funds: Estimated | $1,626.86 | $0.00 | $1,626.86 |
| 11 | NJ DIVISION OF TAXATION<br>»»  2016 - EST | Unsecured Creditors<br>Hold Funds: Estimated | $2,242.47 | $0.00 | $2,242.47 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,473.00 | Plan Balance: | $21,052.00 ** |
| Paid to Claims: | $1,012.32 | Current Monthly Payment: | $387.00 |
| Paid to Trustee: | $100.77 | Arrearages: | $154.00 |
| Funds on Hand: | $359.91 | Total Plan Base: | $22,525.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**