UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Federal National Mortgage Association

**Order Filed on March 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
     Michael Paul Cordo

Debtor.

Case No.:  <u>18-25082 MBK</u>

Adv. No.:

Hearing Date:  2/26/19  @ 9:00 a.m..

Judge:  <u>Michael B. Kaplan</u>

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

         The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: March 12, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Michael Paul Cordo
Case No:  18-25082 MBK
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR
RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Federal National Mortgage Association, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 441 Lake Barnegat Drive, Forked River, NJ, 08731, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and William H. Oliver, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of February 22, 2019, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due October 2018 through February 2019 for a total post-petition default of $5,435.19 (5 @ $1,087.05, less suspense $0.06); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $5,435.19 will be paid over six months by Debtor remitting $500.00 per month for five months and a lump sum of $2,935.19 for the sixth month, which additional payments shall begin on March 1, 2019 until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume March 1, 2019, directly to Secured Creditor's servicer, PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45242 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 18-25082-MBK
Michael Paul Cordo                                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Mar 12, 2019
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2019.
db              +Michael Paul Cordo,    441 Lake Barnegat Drive,    Forked River, NJ 08731-2409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2019 at the address(es) listed below:
         Albert   Russo   docs@russotrustee.com
         Denise E. Carlon   on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Rebecca Ann Solarz   on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION
          rsolarz@kmllawgroup.com
         Rebecca Ann Solarz   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
          rsolarz@kmllawgroup.com
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
         William H. Oliver, Jr.   on behalf of Debtor Michael Paul Cordo bkwoliver@aol.com,
          R59915@notify.bestcase.com
                                                                                       TOTAL: 6