UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Federal National Mortgage Association

In Re:

Cordo, Michael Paul

Case No.:     18-25082 MBK

Chapter:     13

Hearing Date:     02/04/2020

Judge:     Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled            ☒ Withdrawn

Matter: Certification of Default filed on 12/31/19; docket number 35

_____

Date: 1/24/2020                                         /s/ Denise Carlon
                                                        Signature

*rev.8/1/15*