| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 18-25082 / MBK**

Michael Paul Cordo

Petition Filed Date: 07/30/2018
341 Hearing Date: 09/13/2018
Confirmation Date: 10/09/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2019 | $387.00 | 55414680 | 02/01/2019 | $387.00 | 55859330 | 03/01/2019 | $387.00 | 56603790 |
| 04/01/2019 | $387.00 | 57457130 | 05/01/2019 | $400.00 | 58256480 | 06/03/2019 | $400.00 | 59078030 |
| 07/01/2019 | $400.00 | 59789040 | 07/31/2019 | $400.00 | 60527130 | 08/26/2019 | $400.00 | 61209290 |
| 10/08/2019 | $400.00 | 62411610 | 11/07/2019 | $400.00 | 63162630 | 12/10/2019 | $400.00 | 63959220 |

**Total Receipts for the Period:  $4,748.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $6,634.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Michael Paul Cordo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $1,910.00 | $1,910.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2016 | Priority Crediors | $866.18 | $0.00 | $866.18 |
| 2 | FORKED RIVER FAMILY DENTAL CARE, LLC. | Unsecured Creditors | $108.00 | $0.00 | $108.00 |
| 3 | BANK OF AMERICA | Unsecured Creditors | $24,996.42 | $0.00 | $24,996.42 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $11,773.52 | $0.00 | $11,773.52 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  SOUTHERN OCEAN | Unsecured Creditors | $480.92 | $0.00 | $480.92 |
| 6 | FANNIE MAE<br>»»  P/441 LAKE BARNEGAT DR/1ST MTG | Mortgage Arrears | $10,039.65 | $2,001.44 | $8,038.21 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY | Unsecured Creditors | $4,348.46 | $0.00 | $4,348.46 |
| 8 | CITIBANK, N.A. | Unsecured Creditors | $12,028.14 | $0.00 | $12,028.14 |
| 9 | PNC Bank, NA<br>»»  P/441 LAKE BARNEGAT DR/2ND MTG | Mortgage Arrears | $1,967.07 | $392.12 | $1,574.95 |
| 10 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2016 | Priority Crediors | $587.55 | $0.00 | $587.55 |
| 11 | NJ DIVISION OF TAXATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $270.04 | $0.00 | $270.04 |
| 13 | FANNIE MAE<br>»»  P/441 LAKE BARNEGAT DR/1ST MTG/ORD 3/12/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 3/14/19 | Attorney Fees | $631.00 | $631.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,634.00 | Plan Balance: | $17,846.00 ** |
| Paid to Claims: | $5,465.56 | Current Monthly Payment: | $400.00 |
| Paid to Trustee: | $426.04 | Arrearages: | $167.00 |
| Funds on Hand: | $742.40 | Total Plan Base: | $24,480.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**