UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for PNC BANK, NATIONAL ASSOCIATION<br>R.A. LEBRON, ESQ.<br>PN176<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>MICHAEL PAUL CORDO<br><br> Debtor(s). | Case No.:  18-25082 MBK<br><br>Chapter:   13<br><br>Judge:  Honorable Michael B. Kaplan, Chief Judge |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of PNC BANK, NATIONAL ASSOCIATION. This party is a party in interest in this case pursuant to a mortgage dated December 8, 2005 and recorded in the Office of the OCEAN County Clerk/Register on December 20, 2005 in Mortgage Book 12967, Page 377, and is a secured creditor.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

> ADDRESS:    FEIN, SUCH, KAHN & SHEPARD, P.C.
> Counsellors at Law
> 7 Century Drive - Suite 201
> Parsippany, New Jersey 07054
>
> DOCUMENTS:
>
> ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
>
> ☒ All documents and pleadings of any nature.

> **FEIN, SUCH, KAHN & SHEPARD, P.C.**
> Attorneys for PNC BANK, NATIONAL ASSOCIATION

Dated: November 18, 2020         By:/s/ R.A. Lebron, Esq.
                 R.A. LEBRON, ESQ.

Case No.:  18-25082 MBK