UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Fax: 732-775-7404
Attorney for Debtor(s)

**Order Filed on December 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

MICHAEL PAUL CORDO

                Debtors

Case No.: 18-25082

Adv. No.:

Chapter: 13

Hearing Date: 12/09/2020

Judge: MBK

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: December 15, 2020**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Michael Paul Cordo
Debtor's Case No: 18-25082 MBK
Consent Order Resolving Objection to Confirmation

**THIS MATTER,** having been brought before this Court by William H. Oliver, Jr., attorney for the Debtor Michael Paul Cordo upon the filing of a Chapter 13 Plan, PNC Bank, National Association by and through its attorneys, Fein, Such, Kahn & Shepard, PC having filed an Objection to the Confirmation of said Chapter 13 plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other good cause shown:

**IT IS ORDERED as follows:**

1. The debtor's plan is hereby amended to reflect the current post-petition monthly mortgage payment to the secured creditor is **$281.01**, which is to paid directly to mortgagee pursuant to Section 4(a) in the Chapter 13 plan.

2. Debtor acknowledges that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

3. This Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

We hereby consent to the form and entry of the within order:


/s/R.A. Lebron
R. A. Lebron, Esq.
Fein, Such, Kahn & Shepard, PC
7 Century Drive, Suite 201
Parsippany, NJ 07054


/s/ William H. Oliver, Jr.
William H. Oliver, Jr., Esquire
Attorney for Debtor