UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Fax: 732-775-7404
Attorney for Debtor(s)

Order Filed on December 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MICHAEL PAUL CORDO

                Debtors

Case No.: 18-25082

Adv. No.:

Chapter: 13

Hearing Date: 12/09/2020

Judge: MBK

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: December 15, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Michael Paul Cordo
Debtor's Case No: 18-25082 MBK
Consent Order Resolving Objection to Confirmation

**THIS MATTER,** having been brought before this Court by William H. Oliver, Jr., attorney for the Debtor Michael Paul Cordo upon the filing of a Chapter 13 Plan, PNC Bank, National Association by and through its attorneys, Fein, Such, Kahn & Shepard, PC having filed an Objection to the Confirmation of said Chapter 13 plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other good cause shown:

**IT IS ORDERED as follows:**

1. The debtor's plan is hereby amended to reflect the current post-petition monthly mortgage payment to the secured creditor is **$281.01**, which is to paid directly to mortgagee pursuant to Section 4(a) in the Chapter 13 plan.

2. Debtor acknowledges that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

3. This Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

We hereby consent to the form and entry of the within order:

/s/R.A. Lebron_____
R. A. Lebron, Esq.
Fein, Such, Kahn & Shepard, PC
7 Century Drive, Suite 201
Parsippany, NJ 07054


/s/ William H. Oliver, Jr._____
William H. Oliver, Jr., Esquire
Attorney for Debtor

United States Bankruptcy Court

District of New Jersey

In re:  
Michael Paul Cordo  
    Debtor(s)

Case No. 18-25082-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 15, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2020:**

**Recip ID**    **Recipient Name and Address**  
db    + Michael Paul Cordo, 441 Lake Barnegat Drive, Forked River, NJ 08731-2409

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2020 at the address(es) listed below:

**Name**    **Email Address**

Albert Russo  
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo  
    docs@russotrustee.com

Denise E. Carlon  
    on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

R. A. Lebron  
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bankruptcy@fskslaw.com

Rebecca Ann Solarz  
    on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION rsolarz@kmllawgroup.com

Rebecca Ann Solarz

on behalf of Creditor PNC BANK NATIONAL ASSOCIATION rsolarz@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.

on behalf of Debtor Michael Paul Cordo courtdocs@oliverandlegg.com R59915@notify.bestcase.com

TOTAL: 8