| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Movant<br>PNC BANK, NATIONAL ASSOCIATION<br>R.A. LEBRON, ESQ.<br>PN176<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>MICHAEL PAUL CORDO<br><br>Debtor(s). | Case No.: 18-25082 MBK<br><br>Chapter: 13<br><br>Hearing Date: January 27, 2021<br><br>Judge: Honorable Michael B. Kaplan, Chief Judge |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled.   ☐ Withdrawn.

Matter: <u>Motion for Relief from Stay filed on behalf of PNC BANK, NATIONAL ASSOCIATION, Re: 441 Lake Barnegat Drive, Forked River, NJ 08731, Document No. 62.</u>

Date: January 18, 2021         /S/ R.A. LEBRON, ESQ.
                               R.A. Lebron, Esq.