| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Movant<br>PNC BANK, NATIONAL ASSOCIATION<br>R.A. LEBRON, ESQ.<br>PN176<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>MICHAEL PAUL CORDO<br><br>Debtor(s). | Case No.: 18-25082 MBK<br><br>Chapter: 13<br><br>Adv. No.:<br><br>Hearing Date: January 27, 2021<br><br>Judge: Honorable Michael B. Kaplan, Chief Judge |

**CERTIFICATION OF SERVICE**

1. I, Kelly Mastandrea:

   ☐ represent the _____ in this matter.

   ☒ am a paralegal for FEIN, SUCH, KAHN & SHEPARD, P.C., who represents the Secured Creditor, PNC BANK, NATIONAL ASSOCIATION in this matter.

   ☐ am the _____ in the above case and am representing myself.

2. On January 18, 2021, This office caused to be mailed a copy of the following pleadings and/or documents to the parties listed in the chart below:

   a. ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| WILLIAM H. OLIVER, JR.<br>OLIVER & LEGG, LLC<br>2240 HIGHWAY 33<br>SUITE 112<br>NEPTUNE, NJ 07753 | Debtor(s)' Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Email</u><br>(D.N.J. LBR 9013-4) |
| ALBERT RUSSO<br>STANDING CHAPTER 13 TRUSTEE<br>CN 4853<br>TRENTON, NJ 08650-4853 | Trustee in Bankruptcy | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Email</u><br>(D.N.J. LBR 9013-4) |
| U.S. TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Email</u><br>(D.N.J. LBR 9013-4) |
| MICHAEL PAUL CORDO<br>441 LAKE BARNEGAT DRIVE<br>FORKED RIVER, NJ 08731 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: |

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: January 18, 2021         /S/ KELLY MASTANDREA
                                Kelly Mastandrea,
                                Paralegal