| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee<br>CN 4853<br>Trenton, NJ  08650-4853 | Albert Russo, Trustee<br>PO Box 933<br>Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 18-25082 / MBK**

Michael Paul Cordo

Petition Filed Date: 07/30/2018
341 Hearing Date: 09/13/2018
Confirmation Date: 10/09/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $400.00 | 64788530 | 02/04/2020 | $400.00 | 65282830 | 03/06/2020 | $411.00 | 66217910 |
| 04/22/2020 | $200.00 | 67326290 | 06/02/2020 | $211.00 | 68375140 | 06/18/2020 | $211.00 | 68728690 |
| 08/06/2020 | $211.00 | 69966420 | 08/31/2020 | $211.00 | 70497430 | 10/02/2020 | $211.00 | 71324520 |
| 11/02/2020 | $211.00 | 72038160 | 12/02/2020 | $211.00 | 72751710 | 01/13/2021 | $315.00 | 73759630 |
| 02/16/2021 | $342.00 | 74576430 | | | | | | |

**Total Receipts for the Period: $3,545.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $9,379.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michael Paul Cordo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $1,910.00 | $1,910.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2016 | Priority Creditors | $866.18 | $0.00 | $866.18 |
| 2 | FORKED RIVER FAMILY DENTAL CARE, LLC. | Unsecured Creditors | $108.00 | $0.00 | $108.00 |
| 3 | BANK OF AMERICA | Unsecured Creditors | $24,996.42 | $0.00 | $24,996.42 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $11,773.52 | $0.00 | $11,773.52 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  SOUTHERN OCEAN | Unsecured Creditors | $480.92 | $0.00 | $480.92 |
| 6 | FANNIE MAE<br>»»  P/441 LAKE BARNEGAT DR/1ST MTG | Mortgage Arrears | $10,039.65 | $3,558.00 | $6,481.65 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY | Unsecured Creditors | $4,348.46 | $0.00 | $4,348.46 |
| 8 | CITIBANK, N.A. | Unsecured Creditors | $12,028.14 | $0.00 | $12,028.14 |
| 9 | PNC BANK<br>»»  P/441 LAKE BARNEGAT DR/2ND MTG | Mortgage Arrears | $1,967.07 | $697.10 | $1,269.97 |
| 10 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2016 | Priority Creditors | $587.55 | $0.00 | $587.55 |
| 11 | NJ DIVISION OF TAXATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $270.04 | $0.00 | $270.04 |
| 13 | FANNIE MAE<br>»»  P/441 LAKE BARNEGAT DR/1ST MTG/ORD 3/12/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

**Chapter 13 Case No. 18-25082 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 3/14/19 | Attorney Fees | $631.00 | $631.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 2/19/20 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 12/22/20 | Attorney Fees | $800.00 | $396.26 | $403.74 |
| 14 | PNC BANK<br>»»  P/441 LAKE BARNEGAT DR/PP ARREARS 1/26/21 ORD | Mortgage Arrears | $7,306.26 | $0.00 | $7,306.26 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,379.00 | Plan Balance: | $24,730.00 ** |
| Paid to Claims: | $8,123.36 | Current Monthly Payment: | $342.00 |
| Paid to Trustee: | $638.72 | Arrearages: | $27.00 |
| Funds on Hand: | $616.92 | Total Plan Base: | $34,109.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**