UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Federal National Mortgage Association

In Re:

Michael Paul Cordo

Case No.:    18-25082 MBK

Chapter:    13

Hearing Date: _____

Judge:    Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: Creditor's Certification of Default filed on August 9, 2021 at document#84

_____

Date: 8/18/2021

/s/ Denise Carlon
Signature

*rev.8/1/15*