| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
Chapter 13 Case No. 18-25082 / MBK

Michael Paul Cordo

Petition Filed Date: 07/30/2018
341 Hearing Date: 09/13/2018
Confirmation Date: 10/09/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2021 | $315.00 | 73759630 | 02/16/2021 | $342.00 | 74576430 | 03/08/2021 | $342.00 | 75109980 |
| 03/31/2021 | $342.00 | 75641250 | 04/30/2021 | $569.00 | 76355460 | 06/07/2021 | $590.00 | 77229060 |
| 07/28/2021 | $590.00 | 78384330 | 08/13/2021 | $590.00 | 78768560 | 10/01/2021 | $590.00 | 79838320 |
| 10/28/2021 | $590.00 | 80422440 | 12/02/2021 | $590.00 | 81175720 | 12/28/2021 | $590.00 | 81684470 |

**Total Receipts for the Period: $6,040.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $14,762.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michael Paul Cordo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $1,910.00 | $1,910.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2016 | Priority Creditors | $866.18 | $0.00 | $866.18 |
| 2 | FORKED RIVER FAMILY DENTAL CARE, LLC. | Unsecured Creditors | $108.00 | $0.00 | $108.00 |
| 3 | BANK OF AMERICA | Unsecured Creditors | $24,996.42 | $0.00 | $24,996.42 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $11,773.52 | $0.00 | $11,773.52 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SOUTHERN OCEAN | Unsecured Creditors | $480.92 | $0.00 | $480.92 |
| 6 | FANNIE MAE<br>»» P/441 LAKE BARNEGAT DR/1ST MTG | Mortgage Arrears | $10,039.65 | $5,401.55 | $4,638.10 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY | Unsecured Creditors | $4,348.46 | $0.00 | $4,348.46 |
| 8 | CITIBANK, N.A. | Unsecured Creditors | $12,028.14 | $0.00 | $12,028.14 |
| 9 | PNC BANK<br>»» P/441 LAKE BARNEGAT DR/2ND MTG | Mortgage Arrears | $1,967.07 | $1,058.31 | $908.76 |
| 10 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2016 | Priority Creditors | $587.55 | $0.00 | $587.55 |
| 11 | NJ DIVISION OF TAXATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $270.04 | $0.00 | $270.04 |
| 13 | FANNIE MAE<br>»» P/441 LAKE BARNEGAT DR/1ST MTG/ORD 3/12/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ORDER 3/14/19 | Attorney Fees | $631.00 | $631.00 | $0.00 |

**Chapter 13 Case No. 18-25082 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 0 | William H. Oliver, Jr., Esq.<br>»» ORDER 2/19/20 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ORDER 12/22/20 | Attorney Fees | $800.00 | $800.00 | $0.00 |
| 14 | PNC BANK<br>»» P/441 LAKE BARNEGAT DR/PP ARREARS 1/26/21 ORD | Mortgage Arrears | $7,306.26 | $2,078.10 | $5,228.16 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ORDER 4/20/21 | Attorney Fees | $900.00 | $900.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,762.00 | Plan Balance: | $23,840.00 ** |
| Paid to Claims: | $13,709.96 | Current Monthly Payment: | $590.00 |
| Paid to Trustee: | $1,052.04 | Arrearages: | $1,428.00 |
| Funds on Hand: | $0.00 | Total Plan Base: | $38,602.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.