**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Chapter: 13
Case No: 1825082

In re: MICHAEL PAUL CORDO

Account Number: 5698

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 7 filed on 10/04/2018 in the amount of $4,348.46 .

On this date 6/13/2022.

By: /s/ Ciara M. Lawton
Ciara M. Lawton
Bankruptcy Representative
PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates LLC.
POB 41067
Norfolk, VA 23541
E-mail: Bankruptcy_Info@prareceivables.com