UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 18-25082 |
| Michael P. Cordo | Chapter: | 13 |
| | Judge: | MBK |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_____Michael P. Cordo_____, _____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:  Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608
Phone (609) 858-9333

If an objection is filed, a hearing will be held before the Honorable ___Michael B. Kaplan___ on ___January 11, 2023___ at ___9am___ a.m. at the United States Bankruptcy Court, courtroom no. ___8___, ___402 East State Street, Trenton, N.J. 08608___ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:  Personal injury

Pertinent terms of settlement:
Settlement totaling: $120,000.00
Litigation Costs: $7,827.58
Attorney Fees: $37,390.80
Liens & Medical Bills: $20,735.76
Total payout to Debtor: $54,045.60
Debtors exemption: $23,675.00
Non-exempt proceeds: $30,370.60 to be paid to the Trustee to pay off balance of Chapter 13 Plan

Objections must be served on, and requests for additional information directed to:

Name:  R. Cameron Legg, Esq.

Address:  2240 Highway 33, Suite 112, Neptune, NJ 07753

Telephone No.:  732-988-1500

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 18-25082-MBK

Michael Paul Cordo                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                User: admin                                Page 1 of 3

Date Rcvd: Dec 16, 2022                    Form ID: pdf905                         Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Paul Cordo, 441 Lake Barnegat Drive, Forked River, NJ 08731-2409 |
| 518009220 | + | Atlantic Medical Imaging, PO Box 1564, Indianapolis, IN 46206-1564 |
| 518009219 | + | Berkeley Center, 160 Route 9, Bayville, NJ 08721-1229 |
| 517952800 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 517669914 | + | University Radiology, 833 Lacey Road, Forked River, NJ 08731-1200 |
| 517669915 | + | Viewtech Financial Ser, 4761 E Hunter Ave, Anaheim, CA 92807-1940 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 16 2022 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 16 2022 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517669902 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 16 2022 20:31:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517720213 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 16 2022 20:31:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517804712 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2022 20:44:22 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517669903 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2022 20:44:33 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517669905 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 16 2022 20:31:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517669907 | ^ | MEBN | Dec 16 2022 20:31:24 | KML Law Group, PC, 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| 517669908 | | Email/Text: Bankruptcy@mjrf.com | Dec 16 2022 20:31:00 | Mullooly Jeffrey Rooney and Flynn, 6851 Jericho Tpke #220, PO Box 9036, Syosset, NY 11791 |
| 519114315 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 16 2022 20:31:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. BOX 94982, CLEVELAND, OH 44101 |
| 517669909 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 16 2022 20:31:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 517760959 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 16 2022 20:31:00 | PNC Bank, N.A., 3232 Newmark Drive, Mail |

Case 18-25082-MBK    Doc 93    Filed 12/18/22    Entered 12/19/22 00:14:35    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 16, 2022 | Form ID: pdf905 | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Stop: B6-YM07-01-8, Miamisburg, OH 45242 |
| 517669910 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 16 2022 20:31:00 | PNC Mortgage, PO Box 8703, Dayton, OH 45401 |
| 517795534 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2022 20:44:10 | Portfolio Recovery Associates, LLC, C/O Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 517742229 | | Email/Text: bnc-quantum@quantum3group.com | Dec 16 2022 20:31:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517669911 | + | Email/Text: bankruptcy@savit.com | Dec 16 2022 20:32:00 | Savit Coll, Po Box 250, East Brunswick, NJ 08816-0250 |
| 517669912 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 16 2022 20:31:00 | State of NJ Dv of Taxation, Bankruptcy Unit, 50 Barrack Street, PO Box 245, Trenton, NJ 08695-0245 |
| 517673254 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2022 20:44:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517669913 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2022 20:44:19 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517669904 | ##+ | Forked River Family Dental, 933 Lacey Road, Forked River, NJ 08731-1049 |
| 517669906 | ##+ | KML Law Group, 216 Haddon Ave Ste 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2022          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |

District/off: 0312-3     User: admin     Page 3 of 3
Date Rcvd: Dec 16, 2022     Form ID: pdf905     Total Noticed: 25

Denise E. Carlon
     on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

R. A. Lebron
     on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bankruptcy@fskslaw.com

R. A. Lebron
     on behalf of Creditor PNC Bank National Association bankruptcy@fskslaw.com

Robert Cameron Legg
     on behalf of Debtor Michael Paul Cordo courtdocs@oliverandlegg.com

U.S. Trustee
     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9