# Levinson Axelrod, P.A.
## ATTORNEYS AT LAW

### CLOSING STATEMENT
### Cordo v. Wolbert
### File Number: 7462N

| | | | |
|---|---|---|---|
| Client: | Michael Cordo | Date of Injury: | November 21, 2019 |
| SSN: | | Case Type: | MVA |
| Address: | 441 Lake Barnegat Drive | Docket: | OCN-L-2917-20 |
| | Forked River, NJ 08731 | Attorney: | ROBERT Y. COOK |
| Email: | MCordo777@gmail.com | Legal Assistant: | Kathleen Madsen |
| | | Office: | Forked River |

| | |
|---|---:|
| TOTAL RECOVERY | $ 120,000.00 |
| LESS: LITIGATION COSTS | ($7,827.58) |
| *See Itemization of Litigation Costs on Page 2* | |
| SUBTOTAL | $112,172.42 |
| LESS: ATTORNEY'S FEE | ($37,390.80) |
| *Fee Type: Contingency, Percentage: 33⅓%* | |
| LESS: LIENS & MEDICAL BILLS | ($20,735.76) |
| *See Itemization of Liens & Medical Bills on Page 2* | |
| DISBURSEMENT TO CLIENT | **$54,045.6** |

**Medical Bills:** Any and all medical bills and/or liens not covered by this statement remain the responsibility of the client.

**Taxability:** Your attorney cannot give advice regarding the potential tax liability of your claim proceeds. It is recommended that you provide a copy of this closing statement to your tax professional for guidance.

**Government Assistance Programs:** Receipt of settlement proceeds may impact your eligibility for asset-based government assistance programs (such as Medicaid, FamilyCare, SNAP, Welfare, etc.).

If you have questions, please consult with your attorney regarding any issues *prior* to signing this document.

### CLIENT AUTHORIZATION TO DISBURSE

This closing and distribution of this matter is made with my consent and approval. I have read and understand the foregoing account, agree with its contents, and authorize the disbursements.

Date: _____    _____
MICHAEL CORDO

Date: _____    _____
ROBERT Y. COOK, Esq.
*For the Firm of Levinson Axelrod, P.A.*

## ITEMIZED LIENS & MEDICAL BILLS
*(Confirmed as of November 17, 2022)*

| Date | Lienholder | Amount Due |
|---|---|---|
| 02/06/2020 | Ocean Orthopedic Associates | $11,878.30 |
| 03/11/2021 | Seaview Orthopaedic & Medical Associates | $7,403.47 |
| 07/22/2021 | Shrewsbury Ambulatory Anesthesia, LLC | $513.00 |
| 08/17/2021 | All-Care Physical Therapy Center | $150.00 |
| 10/19/2021 | Sunanda Krishna, MD | $240.70 |
| 11/09/2022 | Envision Physician Services | $550.29 |

**TOTAL LIENS**..................................................................................................**$20,735.76**

## ITEMIZED LITIGATION COSTS
*(Calculated as of November 17, 2022)*

| Date | Payee | Amount Due |
|---|---|---|
| 01/03/2020 | AMERICAN EXPRESS – Police report (Carfax) | $5.00 |
| 02/11/2020 | AMERICAN EXPRESS (ClaimSearch prior insurance claims) | $70.00 |
| 05/19/2020 | CIOX Health – Jersey Shore University Medical Center | $171.25 |
| 05/19/2020 | Ocean Orthopedic Associates | $73.00 |
| 05/19/2020 | Sunanda Krishn, MD | $32.00 |
| 05/19/2020 | Med Request Solutions, Inc. – Ocean Orthopedic Assciates | $227.95 |
| 07/17/2020 | Community Medical Center – radiology | $15.00 |
| 07/17/2020 | Ocean Orthopedic Associates | $59.00 |
| 07/17/2020 | CIOX Health - | $12.00 |
| 12/02/2020 | Treasurer, State of New Jersey (Complaint filing fee) | $250.00 |
| 12/07/2020 | CIOX Health - | $12.00 |
| 12/16/2020 | Physicians' Surgicenter | $92.00 |
| 01/11/2021 | Ocean Orthopedic Associates | $65.00 |
| 02/10/2021 | Guaranteed Subpoena (service on defendant) | $75.00 |
| 05/28/2021 | Seaview Orthopaedic | $100.00 |
| 06/15/2021 | CIOX Health – Community Medical Center | $122.50 |
| 06/15/2021 | Ocean Orthopedic Associates | $10.00 |
| 06/23/2021 | David Wolff, MD | $3.00 |
| 07/27/2021 | Jersey Shore Back and Spine | $150.00 |
| 07/28/2021 | Ocean Orthopedic Associates | $1,450.00 |
| 09/15/2021 | Ocean Orthopedic Associates | $1,500.00 |
| 10/20/2021 | LJS Health Management, Inc. | $3,000.00 |
| 12/06/2021 | Credit LJS Health Management, Inc. | ($129.00) |
| 12/23/2021 | CIOX Health – Community Medical Center bill | $23.00 |
| 01/20/2022 | Treasurer, State of New Jersey (motion filing fee) | $50.00 |
| 06/29/2022 | Ocean Orthopedic Associates | $23.00 |
| 08/04/2022 | Treasurer, State of New Jersey (Trial De Novo fee) | $200.00 |
| 11/07/2022 | ERSA Court Reporters | $139.50 |
| 11/16/2022 | Interest on Costs | $5.08 |
| 11/17/2022 | Charles Jones (mandatory child support search) | $10.00 |
| 11/17/2022 | Lawyers Service (special deliver) 2 @ $5.65 | $11.30 |

**TOTAL LITIGATION COSTS**...............................................................................**$7,827.58**