UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

R. Cameron Legg, Esq.
Oliver & Legg, LLC
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
732-988-1500
courtdocs@oliverandlegg.com

Order Filed on January 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michael P. Cordo

Case No: 18-25082

Chapter: 13

Judge: MBK

# ORDER DIRECTING
# REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is ORDERED.

**DATED: January 12, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by _____R. Cameron Legg, Esq._____, and regarding _____Notice of Proposed Compromise or Settlement of Controversy - docket no. 90_____, it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

*rev. 8/1/15*