UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**
R. Cameron Legg, Esq.
OLIVER & LEGG, LLC
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
732-988-1500
courtdocs@oliverandlegg.com

Order Filed on January 26, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michael P. Cordo,

       Debtor

Case No: 18-25082

Chapter: 13

Hearing Date: January 11, 2023

Judge: MBK

## ORDER RESOLVING THE TRUSTEE'S OBJECTION
## TO DEBTOR'S NOTICE OF PROPOSED COMPROMISE

The relief set forth on page two (2) is **ORDERED**.

**DATED: January 26, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having reviewed the Debtor's Notice of Proposed Compromise or Settlement of Controversy, together with the Trustee's limited objecting regarding any payoff of the plan, it is hereby,

**ORDERED** that the settlement captioned *Cordo v. Wolbert*, may be completed as proposed; and it is further

**ORDERED** that from the total payout to Debtor of $54,045.60, the Debtor is entitled to $23,675.00 as exempt, and the balance shall be disbursed directly to Albert Russo, Trustee; and it is further

**ORDERED** that any language in the Notice of Settlement of Controversy that is in conflict or contravention with the Debtor's Chapter 13 Plan is hereby ineffective and stricken.