UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**
R. Cameron Legg, Esq.
OLIVER & LEGG, LLC
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
732-988-1500
courtdocs@oliverandlegg.com

In Re:

Michael P. Cordo,

        Debtor

**Order Filed on January 26, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No: 18-25082

Chapter: 13

Hearing Date: January 11, 2023

Judge: MBK

# ORDER RESOLVING THE TRUSTEE'S OBJECTION TO DEBTOR'S NOTICE OF PROPOSED COMPROMISE

The relief set forth on page two (2) is **ORDERED**.

**DATED: January 26, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having reviewed the Debtor's Notice of Proposed Compromise or Settlement of Controversy, together with the Trustee's limited objecting regarding any payoff of the plan, it is hereby,

**ORDERED** that the settlement captioned *Cordo v. Wolbert*, may be completed as proposed; and it is further

**ORDERED** that from the total payout to Debtor of $54,045.60, the Debtor is entitled to $23,675.00 as exempt, and the balance shall be disbursed directly to Albert Russo, Trustee; and it is further

**ORDERED** that any language in the Notice of Settlement of Controversy that is in conflict or contravention with the Debtor's Chapter 13 Plan is hereby ineffective and stricken.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-25082-MBK
Michael Paul Cordo  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Jan 26, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael Paul Cordo, 441 Lake Barnegat Drive, Forked River, NJ 08731-2409 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| R. A. Lebron | |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Jan 26, 2023 | Form ID: pdf903 | Total Noticed: 1

|  |  |
|---|---|
|  | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com |
| R. A. Lebron |  |
|  | on behalf of Creditor PNC Bank  National Association bankruptcy@fskslaw.com |
| Robert Cameron Legg |  |
|  | on behalf of Debtor Michael Paul Cordo courtdocs@oliverandlegg.com |
| U.S. Trustee |  |
|  | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9