| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
Chapter 13 Case No. 18-25082 / MBK

Michael Paul Cordo

Petition Filed Date: 07/30/2018
341 Hearing Date: 09/13/2018
Confirmation Date: 10/09/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/09/2022 | $590.00 | 82602270 | 03/07/2022 | $590.00 | 83225230 | 04/18/2022 | $590.00 | 84025770 |
| 05/16/2022 | $590.00 | 84661940 | 06/06/2022 | $590.00 | 85085790 | 07/11/2022 | $590.00 | 85736540 |
| 09/13/2022 | $690.00 | 87061400 | 10/11/2022 | $100.00 | 87587030 | 02/22/2023 | $30,370.60 | 13008 |

**Total Receipts for the Period: $34,700.60    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $49,462.60**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michael Paul Cordo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $1,910.00 | $1,910.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2016 | Priority Crediors | $866.18 | $0.00 | $866.18 |
| 2 | FORKED RIVER FAMILY DENTAL CARE, LLC. | Unsecured Creditors | $108.00 | $0.00 | $108.00 |
| 3 | BANK OF AMERICA | Unsecured Creditors | $24,996.42 | $0.00 | $24,996.42 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $11,773.52 | $0.00 | $11,773.52 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SOUTHERN OCEAN | Unsecured Creditors | $480.92 | $0.00 | $480.92 |
| 6 | FANNIE MAE<br>»» P/441 LAKE BARNEGAT DR/1ST MTG | Mortgage Arrears | $10,039.65 | $7,109.34 | $2,930.31 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 8 | CITIBANK, N.A. | Unsecured Creditors | $12,028.14 | $0.00 | $12,028.14 |
| 9 | PNC BANK<br>»» P/441 LAKE BARNEGAT DR/2ND MTG | Mortgage Arrears | $1,967.07 | $1,385.10 | $581.97 |
| 10 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2016 | Priority Crediors | $587.55 | $0.00 | $587.55 |
| 11 | NJ DIVISION OF TAXATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $270.04 | $0.00 | $270.04 |
| 13 | FANNIE MAE<br>»» P/441 LAKE BARNEGAT DR/1ST MTG/ATTY FEES ORD 3/12/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ORDER 3/14/19 | Attorney Fees | $631.00 | $631.00 | $0.00 |

**Chapter 13 Case No. 18-25082 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 2/19/20 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 12/22/20 | Attorney Fees | $800.00 | $800.00 | $0.00 |
| 14 | PNC BANK<br>»»  P/441 LAKE BARNEGAT DR/2ND MTG/PP ARREARS 1/26/21 ORD | Mortgage Arrears | $7,306.26 | $4,003.18 | $3,303.08 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 4/20/21 | Attorney Fees | $900.00 | $900.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»»  SUB OF ATTY 9/30/22 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 15 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2019; 2021-2022 EST/POST-PET | Priority Crediors<br>Hold Funds: Estimated | $5,268.80 | $0.00 | $5,268.80 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $49,462.60 | Plan Balance: | $19,510.00 ** |
| Paid to Claims: | $17,669.62 | Current Monthly Payment: | $590.00 |
| Paid to Trustee: | $3,601.24 | Arrearages: | $4,768.00 |
| Funds on Hand: | $28,191.74 | Total Plan Base: | $68,972.60 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more  information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



  **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.