Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−25082−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Paul Cordo
   441 Lake Barnegat Drive
   Forked River, NJ 08731

Social Security No.:
   xxx−xx−7182

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 27, 2023.

Dated: April 27, 2023
JAN: dmi

                Jeanne Naughton
                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                              Case No. 18-25082-MBK
Michael Paul Cordo                                                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                          User: admin                                           Page 1 of 3
Date Rcvd: Apr 27, 2023                         Form ID: plncf13                               Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Paul Cordo, 441 Lake Barnegat Drive, Forked River, NJ 08731-2409 |
| 518009220 | + | Atlantic Medical Imaging, PO Box 1564, Indianapolis, IN 46206-1564 |
| 518009219 | + | Berkeley Center, 160 Route 9, Bayville, NJ 08721-1229 |
| 517952800 |   | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 517669914 | + | University Radiology, 833 Lacey Road, Forked River, NJ 08731-1200 |
| 517669915 | + | Viewtech Financial Ser, 4761 E Hunter Ave, Anaheim, CA 92807-1940 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 27 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 27 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517669902 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 27 2023 20:38:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517720213 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 27 2023 20:39:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517804712 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 20:42:31 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517669903 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 20:42:39 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517669905 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 27 2023 20:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517669907 | ^ | MEBN | Apr 27 2023 20:34:13 | KML Law Group, PC, 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| 517669908 | | Email/Text: Bankruptcy@mjrf.com | Apr 27 2023 20:38:00 | Mullooly Jeffrey Rooney and Flynn, 6851 Jericho Tpke #220, PO Box 9036, Syosset, NY 11791 |
| 519114315 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 27 2023 20:38:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. BOX 94982, CLEVELAND, OH 44101 |
| 517669909 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 27 2023 20:38:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 517760959 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 27 2023 20:38:00 | PNC Bank, N.A., 3232 Newmark Drive, Mail |

Case 18-25082-MBK    Doc 108    Filed 04/29/23    Entered 04/30/23 00:15:03    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2023 | Form ID: plncf13 | Total Noticed: 25 |

| 517669910 | Email/Text: Bankruptcy.Notices@pnc.com | | Stop: B6-YM07-01-8, Miamisburg, OH 45242 |
| | | Apr 27 2023 20:38:00 | PNC Mortgage, PO Box 8703, Dayton, OH 45401 |
| 517795534 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Apr 27 2023 20:42:37 | Portfolio Recovery Associates, LLC, C/O Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 517742229 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Apr 27 2023 20:39:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517669911 | + Email/Text: bankruptcy@savit.com | | |
| | | Apr 27 2023 20:39:00 | Savit Coll, Po Box 250, East Brunswick, NJ 08816-0250 |
| 517669912 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | Apr 27 2023 20:38:00 | State of NJ Dv of Taxation, Bankruptcy Unit, 50 Barrack Street, PO Box 245, Trenton, NJ 08695-0245 |
| 517673254 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Apr 27 2023 20:42:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517669913 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Apr 27 2023 20:42:44 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517669904 | ##+ | Forked River Family Dental, 933 Lacey Road, Forked River, NJ 08731-1049 |
| 517669906 | ##+ | KML Law Group, 216 Haddon Ave Ste 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 27, 2023 | Form ID: plncf13 | Total Noticed: 25 |

Denise E. Carlon
        on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

R. A. Lebron
        on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bankruptcy@fskslaw.com

R. A. Lebron
        on behalf of Creditor PNC Bank National Association bankruptcy@fskslaw.com

Robert Cameron Legg
        on behalf of Debtor Michael Paul Cordo courtdocs@oliverandlegg.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9