UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FILED**
JEANNE A. NAUGHTON, CLERK

**JUN - 8 2023**

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

In Re: Michael Paul Cordo

Case No.: 18-25082

Chapter: 13

Judge: mbk

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:  forked river family dental care llc creditor
(Example: John Smith, creditor)

Old address:  933 west lacey rd
forked river nj 08731


New address:  620 west lacey rd
suite 3
forked river nj 08731


New phone no.: _____
(if debtor is filing and their phone number has changed).


I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 6/1/23

Signature

*rev.2/1/16*

FORKED RIVER FAMILY DENTAL CARE
DAVID HECHT DDS
620 WEST LACEY RD UNIT #3
FORKED RIVER NJ 08731

Address Change

7 JUN 2023   PM 5 L

TRENTON NJ 085

US Bankruptcy Court
District of NJ
402 East State St
Trenton NJ
                08608-

